■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIE LAURADIN, Appellant. [960 NYS2d 652]—Appeal by the de-

fendant, as limited by her motion, from a sentence of the Supreme Court, Queens County (Buchter, J.), imposed June 6, 2011, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of her right to appeal precludes review of her contention that the sentence imposed was excessive (*see People v Ramos*, 7 NY3d 737 [2006]; *cf. People v Bradshaw*, 18 NY3d 257 [2011]). Eng, P.J., Dillon, Chambers and Austin, JJ., concur.